# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFREDO CRUZ ESQUIVEL, as an individual; and DONALD DAVID WILLARD, as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Interior; and, BUREAU OF LAND MANAGEMENT; and, BRIAN STEED, in his official capacity as Deputy Director, Policy and Programs, Exercising Authority of the Director for the BUREAU OF LAND MANAGEMENT; and, MICHAEL D. NEDD, in this official capacity as acting Deputy Director, Operations for the BUREAU OF LAND MANAGEMENT; and ARMANDO FORSECA, an individual, in both his personal and representative capacities; and TOM DOE, a BUREAU OF LAND MANAGEMENT EMPLOYEE, in both his personal and representative capacities,<br><br>Defendants. | NO. 2:18-cv-00148-SAB<br><br>**ORDER RE: STIPULATION** |

Before the Court is the parties Stipulated FRCP 41(a)(2) Voluntary Dismissal of Plaintiffs Tortious Interference and Constitutional Takings Claims, ECF No. 10. The Court finds good cause to accept the parties' stipulation.

**ORDER RE: STIPULATION** ^ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulated FRCP 41(a)(2) Voluntary Dismissal of Plaintiffs Tortious Interference and Constitutional Takings Claims, ECF No. 10, is **ACCEPTED** and **ENTERED** into the record.

2. Plaintiffs' claims of Constitutional Taking and Tortious Interference with Business Expectancy are **DISMISSED**.

3. Defendants' Rule 12(b)(1) Motion to Dismiss, ECF No. 8, is **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 13th day of August 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER RE: STIPULATION ^ 2**