FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFREDO CRUZ ESQUIVEL, as an individual; and DONALD DAVID WILLARD, as an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>The UNITED STATES OF AMERICA, the UNITED STATES OF AMERICA acting through its agent BUREAU OF LAND MANAGEMENT; and ARMANDO FONESCA, an individual, in both his personal and representative capacities; and TOM DOE, a BUREAU OF LAND MANAGEMENT EMPLOYEE OR CONTRACTOR, in both his personal and representative capacities,<br><br>  Defendants. | NO. 2:18-cv-00148-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** |

Before the Court is the parties' Stipulated Motion to Amend Complaint. ECF No. 16. The Court finds good cause to grant the motion.

//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT ^ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Amend Complaint. ECF No. 16, is **GRANTED**. Plaintiffs Proposed First Amended Complaint, ECF No. 16-1, is **ACCEPTED**.

2. Defendants shall have 21 days after the filing of Plaintiffs' First Amended Complaint to file any response thereto.

3. Plaintiffs' Motion to Expedite, ECF No. 17, is **GRANTED**.

4. Defendants' Motion to Dismiss Defendants for Lack of Jurisdiction, ECF No. 9, is **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **DOCKET** Plaintiffs' First Amended Complaint located at ECF No. 16-1.

**DATED** this 17th day of December 2018.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT ^ 2**