AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALFREDO CRUZ ESQUIVEL, as an individual; and
DONALD DAVID WILLARD, as an individual,
*Plaintiffs*

V.

THE UNITED STATES OF AMERICA, acting through its agent
BUREAU OF LAND MANAGEMENT; ARMANDO FONSECA,
an individual, in both his personal and representative capacities; and
TOM DOE, a BUREAU OF LAND MANAGEMENT EMPLOYEE
OR CONTRACTOR, in both his personal and representative capacities,
*Defendants*

)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2020

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-cv-00148-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This matter is dismissed pursuant to the Order Granting Stipulated Motion to File Second Amended Complaint, Dismiss Civil Rights Claims, and Enter Final Order of Dismissal, ECF No. 59.  Judgment is entered in favor of the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Stipulated Motion (ECF No. 59).

Date: 9/15/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams